# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION



|        |                    |
|--------|--------------------|
| NO:    | 1:97-cr-10007-02-T |
| USA v. | Johnny B. Cox      |
| AD     | Prosequendum       |
| FOR:   | Re-Sentencing      |

**TO:** USM, Western District of TN
Warden, FCI Memphis, 1101 John A. Denie Road,
Memphis, TN 38134

YOU ARE HEREBY COMMANDED to have the person of **JOHNNY B. COX, Inmate # 15689-076,** by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at 8:30 a.m. on the 19th day of October, 2005**, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS 24th DAY OF August, 20 05.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  08-29-05

133

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 133 in case 1:97-CR-10007 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Matthew M. Maddox
MADDOX MADDOX & MADDOX
P.O. Box 827
Huntingdon, TN 38344

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT